536

■■■■■

Janis SCHMIDT, Appellant,

v.

Cecelia FIRE THUNDER, President OST; Harold Brewer, Chief of Police; Marina Fast Horse, Tribal Judge; Alex White Plume, Vice President OST; OST Public Safety; Ruth Brown, council member; Thomas Poor Bear, council member; Craig Dillon, council member; Mary Poor Thunder, council member; Juanita Scherich, council member; Austin Watkins, council member; Valerie Kills Small–Janis, council member; Paul Little, council member; Lydia Bear Killer, council member; Ella John Carlow, council member; Lyle Jack, council member; Will Peters, council member; Phillip Good Crow, council member; Bernard White Face, council member; Walter Big Crow, council member; Kathy Janis, council member, Appellees.

No. 06–2806.

United States Court of Appeals, Eighth Circuit.

Submitted: April 4, 2008.

Filed: April 9, 2008.

■■■■■

Janis Schmidt, Warwick, ND, pro se.

Robert A. Grey Eagle, Oglala Sioux Tribe Department of Public Safety, Thomas J. Ballanco, Pine Ridge, SD, for Appellees.

1. The Honorable Karen E. Schreier, Chief Judge, United States District Court for the

Before BYE, SMITH, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Janis Schmidt appeals the district court's[1] dismissal of her pro se action. After careful review, we agree that dismissal was proper. Accordingly, we deny all pending motions and affirm. *See* 8th Cir. R. 47B.

■■■■■

District of South Dakota.